UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Cynthia Crawford,<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-04184<br><br>Chapter: 13<br>Honorable Carol A. Doyle |

## Order Modifying Plan

THIS MATTER coming to be heard on Debtor's Motion to Modify the Chapter 13 Plan,

IT IS HEREBY ORDERED that the motion is granted as follows:

1) Trustee will make no further payments to Illiana Financial.

2) Payments scheduled for Iliana Financial will be distributed to the other allowable claims consistent with the terms of the plan;

3) That all other plan terms shall remain unchanged.

4) That the trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: March 16, 2021

**Prepared by:**

Chad Hayward